reargument denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CRENSHAW, Appellant. [986 NYS2d 374]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Sconiers and Whalen, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HINTON, Appellant. (Appeal No. 1.) [986 NYS2d 373]—Motion for reargument denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HINTON, Appellant. (Appeal No. 2.) [986 NYS2d 373]—Motion for reargument denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID C. WILLIAMS, Appellant. [986 NYS2d 374]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto, Carni and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEE A. GLENN, Appellant. [986 NYS2d 374]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Peradotto, Lindley and Valentino, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESLIE BLAIR, Also Known as JAHMAN, Also Known as DRED, Appellant. [986 NYS2d 374]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Peradotto, Carni and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAY PECK, Appellant. [986 NYS2d 374]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISIAH WILLIAMS, Appellant. (Appeal No. 2.) [986 NYS2d 373]—Motion for reargument denied. Present—Scudder, P.J., Fahey, Carni, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD R. HEATLEY, Appellant. [986 NYS2d 373]—Motion for reargument denied. Present—Scudder, P.J., Smith, Fahey, Sconiers and Valentino, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KESTER SANDY, Appellant, v HAROLD D. GRAHAM, Superintendent,